**FILED**
August 27, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Case No.  2:10-mj-255 KJM
          Plaintiff,           )
                               )
v.                             )   ORDER FOR RELEASE
                               )   OF PERSON IN CUSTODY
GABRIEL FERNANDO GARCIA,       )
                               )
          Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gabriel Fernando Garcia</u>; Case  <u>2:10-mj-255 KJM</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured bond in the amount of

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>8/27/2010</u> at <u>2:37 p.m.</u>

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge