UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
August 27, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                ) | Case No.  2:10-mj-255 KJM |
|         Plaintiff,             ) | |
| v.                              ) | ORDER FOR RELEASE |
|                                ) | OF PERSON IN CUSTODY |
| GABRIEL FERNANDO GARCIA,        ) | |
|                                ) | |
|         Defendant.             ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gabriel Fernando Garcia</u>; Case  <u>2:10-mj-255 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        ___   Release on Personal Recognizance

        ___   Bail Posted in the Sum of _____

        ___   Unsecured bond in the amount of

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond secured by Real Property

        ___   Corporate Surety Bail Bond

        _X_   (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>8/27/2010</u>    at  2:37 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge